**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-24-0000586**
**05-MAR-2025**
**07:55 AM**
**Dkt. 23 OGMD**

NO. CAAP-24-0000586

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

NUBRIDGE COMMERCIAL LENDING LLC, Plaintiff-Appellee,
v. HILO PLAZA, LLC, Defendant-Appellant,
and JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50;
DOE CORPORATIONS 1-50; DOE ENTITIES 1-50;
and DOE GOVERNMENTAL UNITS 1-50,
Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CASE NO. 3CCV-23-0000415)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Leonard, Acting Chief Judge, McCullen and Guidry, JJ.)

Upon consideration of Defendant-Appellant Hilo Plaza, LLC's January 8, 2025 Motion for Dismissal of Appeal, the papers in support, the record, and there being no opposition, IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawaiʻi, March 5, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge